**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARTH ROOT HOLDINGS, LLC, a Delaware limited liability company<br><br>    Plaintiff,<br><br>v.<br><br>CURRIE & BROWN, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-CV-09060 TJH-PVC<br><br>[Assigned for all purposes to Hon. Terry J. Hatter]<br><br>**ORDER RE JOINT STIPULATION TO DISMISSAL OF ACTION WITHOUT PREJUDICE [11]   [JS-6]**<br><br>Complaint Filed: September 1, 2023<br>Complaint Served: September 26, 2023<br>Case Removed: October 26, 2023 |

**\*\*\* ORDER \*\*\***

The Stipulation is approved. The entire action is hereby dismissed without prejudice.

Dated: MARCH 6, 2024

                                   Hon. Terry J. Hatter, Jr.
                                   United States District Judge